287 So.2d 909

**Archie TAYLOR**

v.

**STATE.**

**6 Div. 422.**

Court of Criminal Appeals of Alabama.

Dec. 4, 1974.

Affirmed on authority of Supreme Court Ms. SC 430, dated September 27, 1973, 291 Ala. 756, 287 So.2d 901.

287 So.2d 927

**Joe Eddie WALKER**

v.

**STATE.**

**8 Div. 213.**

Court of Criminal Appeals of Alabama.

Dec. 4, 1973.

Reversed and remanded on authority of Supreme Court, November 8, 1973, 291 Ala. 766, 287 So.2d 923.